# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jimmie Dale Jackson,                        Civil No. 09-2139 JMR/AJB

           Petitioner,

v.                                              **ORDER**

Timothy Wengler, Warden,

           Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 8, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Jimmie Dale Jackson's petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Docket No. 4] is **dismissed with prejudice**.

                       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 1, 2010

                                                           s/James M. Rosenbaum
                                                           James M. Rosenbaum
                                                           Senior United States District Court Judge